AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| YDM Management Co., Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:15-cv-00897 DDP (Ex) |
| Aetna Life Insurance Company, Inc. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Aetna Life Insurance Company recover costs from the plaintiff *(name)* YDM Management Co., Inc.   .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Pregerson _____ on a motion for Motion to Dismiss Plaintiff's Second Amended Complaint


Date: July 29, 2016

*CLERK OF COURT*

/s/ V.R. Vallery
*Signature of Clerk or Deputy Clerk*